STATE OF NORTH CAROLINA, PETITIONER v.
TED JACKSON, RESPONDENT

No. 7329SC599

(Filed 12 September 1973)

ON *certiorari* to review order of *Thornburg, Judge,* entered at the 23 January 1973 Session of POLK Superior Court.

*Attorney General Robert Morgan by William B. Ray, Assistant Attorney General, and William W. Melvin, Assistant Attorney General, for the State.*

*Wm. A. McFarland for defendant appellee.*

BRITT, Judge.

After careful consideration of the record and briefs, we conclude that the writ of certiorari filed in this cause on 18 April 1973 was improvidently allowed.

Dismissed.

Judges HEDRICK and VAUGHN concur.